IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.                             Criminal No. 20-100

DEAN BRITTON

## UNSECURED APPEARANCE BOND AFTER INFORMATION

WHEREAS, the United States Attorney for the Western District of Pennsylvania did on June 2, 2020, file an Information against said Dean Britton for having violated 26 U.S.C. § 7201 as by reference to the said information now on file and of record in this Court will more fully and at large appear;

AND WHEREAS, the said Dean Britton has been brought before the said District Court, to answer the information aforesaid;

AND WHEREAS, the said District Court thereupon ordered the said Dean Britton to post bond in the sum of Fifty Thousand Dollars ($50,000.00); and that in default of such bail, said Dean Britton should stand committed for trial.

NOW THEREFORE, I the undersigned, acknowledge that I and my personal representatives are bound to pay to the United States of America the sum of Fifty Thousand Dollars ($50,000.00). The conditions of this bond are that if the defendant does not

depart the jurisdiction of the Court without leave, except as authorized below;

Travel within the United States is unrestricted for work purposes.

_____

_____

Dean Britton personally appears at the District Court of the United States for the Western District of Pennsylvania on such day or days hereafter as said District Court may order; does at all times render himself amenable to the orders and process of the Court to answer all such matters and things as shall be objected against him, and if convicted does appear for judgment and render himself in execution thereof upon such day as the said District Court may order, then this Recognizance will be void, otherwise to remain in full force and virtue.

Additionally, the Court Orders that the defendant adhere to the following additional conditions of release:

1. The defendant is to report as soon as possible to pretrial services any change in address, telephone or employment status.

2. The defendant shall surrender any passport in his possession to Pretrial Services. In addition, the defendant shall not obtain any new international travel

documents during the pendency of this federal prosecution.

I acknowledge receipt of a separate list of counties comprising the jurisdiction of United States District Court for the Western District of Pennsylvania.

I understand that if I violate any condition of my release, a warrant for my arrest will issue immediately. After arrest, the terms and conditions of any further release will be redetermined.

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation or release, an order of detention, as provided in 18 U.S.C. §3148, and a prosecution for failure to appear while released as provided in 18 U.S.C. §3146, and a charge of contempt, as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment and/or fine.

The Commission of any offense while on pretrial release will result in an additional sentence, upon conviction for such offense, to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C §1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable up to ten years in jail and $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

> (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant may be fined not more than $250,000 or imprisoned not more than ten years, or both;
>
> (2) any other offense punishable by imprisonment for a term of five years or more, but less than fifteen

years, the defendant may be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant may be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant may be fined not more than $100,000 or imprisoned not more than one year or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

And further, I do hereby empower any Attorney of any Court of Record within the Commonwealth of Pennsylvania or elsewhere to appear for me and, with or without one or more declarations filed, confess judgment against me and in favor of the United States of America for the above sum with costs of suit, and release of all errors and without stay of execution, inquisition and extension upon any levy of personal property or real estate is hereby waived and condemnation agreed to, and the exemption of personal property from levy and sale on any execution herein is also expressly waived and no benefit of exemption shall be

claimed under and by virtue of any exemption law now in force or which may be hereafter passed.

In full understanding of the methods and conditions of my release and the penalties and forfeiture applicable in the event I violate any condition or fail to appear as required, and agreeing to comply fully with each of the obligations imposed on my release and to notify the magistrate judge or Court promptly in the event I change the address indicated on the attached page.

I execute this bond this 24th day of June, 2020 at Pittsburgh, PA.

_____
(Signature of Defendant)

Signed and acknowledged before me this 24th day of June, 2020.

_____
(Deputy Clerk)

Exceptions, if any are hereby approved:

___s/Carolyn Bloch_____
Assistant U.S. Attorney

UNITED STATES OF AMERICA

        VS.                  Criminal No. 20-100

DEAN BRITTON

                          217 Pine Road

Dean Britton                _____
(Name of defendant)      (Street Address)

                          Sewickley, PA 15143
                          (City, State, Zip Code)

                          917-880-9065
                          (Telephone Number)

COUNTIES IN THE COMMONWEALTH OF PENNSYLVANIA WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLEGHENY
ARMSTRONG
BEAVER
BEDFORD
BLAIR
BUTLER
CAMBRIA
CLARION
CLEARFIELD
CRAWFORD
ELK
ERIE
FAYETTE
FOREST
GREENE
INDIANA
JEFFERSON
LAWRENCE
MCKEAN
MERCER
SOMERSET
VENANGO
WARREN
WASHINGTON
WESTMORELAND