# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 20-100 |
| ) | |
| DEAN BRITTON, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON  - SENTENCING (hybrid)**
Before Judge Nora Barry Fischer

Carolyn Bloch, AUSA                           Stanley Greenfield, Esq.
Christopher Burke, Special Agent IRS-CI
Appear for USA                                Appear for Defendant

Probation – John Sims

Hearing begun    1/6/22 at 9:30 a.m.          Hearing adjourned to _____
Hearing concluded   1/6/22 at 4:00 p.m.       Stenographer: V. Trettle
                                              Clerk: B. Kravetz

**WITNESSES:**

For Government                                For Defendant
                                              (1) Barry Funt (1/6/2022)
                                              (2) Jessie Britton (1/6/2022)

Court conducts hybrid sentencing with Defendant, counsel and witnesses in person and other attendees via video conference; Oath administered to Defendant; Court finds Defendant competent to proceed; Court details background of case; Court asks defendant questions re: Presentence Report, Addendum, & Tentative Findings, defendant answers & understands; Court remarks on Guidelines and pertinent Supreme Court & Circuit Court decisions; Court notes that parties have no further objections to Presentence Report; Court adopts the Presentence Report & addendum, except as otherwise set forth in the Court's Tentative Findings & Rulings; Court adopts its Tentative Findings & Rulings as its Initial Findings and Rulings; Court accepts evidence from the parties; Defendant makes statement to the Court; Court makes factual findings regarding evidence presented; Court hears argument from counsel regarding appropriate sentence and Defendant motion for variance; Court grants, in part and denies, in part, Defendant's motion for variance.   Sentence imposed: 15 months' incarceration followed by 3 years' supervised release with standard and additional conditions; restitution ordered in amount of $1,994,483.35 (i.e., net tax due and owing of $1,103,352.04 and interest of $891,131.31 through 1/6/22); $100 special assessment; fine waived; Court states its reasons for imposition of Sentence; Court advises Defendant of appeal rights; the parties did not request a transcript and it was not ordered at this time.   The transcript was not requested and it was not ordered at this time. Exhibit List follows.